# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Estate of Randy Ashland | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-1640 |
| City of Waukesha et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Estate of Randy Ashland.

Date: 11/03/2020

/s/ Thomas R. Kayes
*Attorney's signature*

Thomas R. Kayes, Ill. Bar No. 6315461
*Printed name and bar number*

Law Office of Thomas R. Kayes, LLC
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
*Address*

tom@kayes.law
*E-mail address*

(708) 722-2241
*Telephone number*

None
*FAX number*