**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

ESTATE OF RANDY ASHLAND,

Plaintiff,

Case No. 2:20-cv-01640-PP

vs.

CITY OF WAUKESHA ET AL.,

Defendants.

---

## NOTICE OF LAW FIRM CHANGE

---

Counsel for Estate of Randy Ashland hereby give notice that they have joined the law firm of Loevy & Loevy, effective May 2024. Counsel's updated contact information is as follows:


Alison R. Leff
Thomas R. Kayes
Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
(312) 243-5900 (phone)
alison@loevy.com
kayes@loevy.com


Counsel has updated the contact information in CM/ECF accordingly.

Dated: August 14, 2024

Respectfully submitted,

s/ Alison R. Leff
One of Plaintiff's Attorneys