UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | September 15, 2026 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 20-cv-1640 |
| CASE NAME: | Estate of Randy Ashland v. City of Waukesha, *et al.*, |
| NATURE OF HEARING: | Motion Hearing |
| APPEARANCES: | Thomas Kayes – Attorney for the plaintiff |
| | Andrew Jones – Attorney for the defendants |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 10:00 a.m. – 10:47 a.m. |

**AUDIO OF THIS HEARING AT DKT. NO. 70 & 71**

The court acknowledged that the defendant had filed a motion for summary judgment, dkt. no. 49; it apologized for the time it had taken to address the motion. It told the parties that it did not need oral argument and that it had scheduled this hearing for the purpose of delivering an oral ruling.

After ascertaining that the parties had no questions about the process, the court gave a detailed oral ruling denying the motion in part but granting the motion as to the plaintiff's Monell claim and explaining its reasoning.

The court advised the parties that it would put the recording of the ruling on the docket, and that they could listen to it from their own computers. It explained that if they wanted the recording on a thumb drive, they could contact the clerk's office and make that request. If the parties wanted a transcript of the hearing and oral ruling, they could find a transcript order form on the court's website.

The court speculated that having now heard the court's ruling, the parties might wish to explore settlement (through mediation or otherwise) or might want the court to set trial dates. Either way, the court imagined that counsel might need time to talk with their clients and each other before having a discussion with the court regarding next steps. The parties agreed that the court should schedule a status conference in approximately thirty dates and agreed to submit a joint status report on matters for trial scheduling (such as the proposed length of trial) a week before the conference.

The court calendared a telephonic status conference for October 19, 2026 at 10:00 a.m. The parties must appear by calling the court's conference line at 551-285-1373 and entering the Meeting ID 161 4901 8989 and Passcode 190021 when prompted. The parties must file a joint status report by no later than the end of the day on **October 12, 2026**.

The court **GRANTS IN PART AND DENIES IN PART** the defendants' motion for summary judgment. Dkt. No. 49.

The court **GRANTS** the defendants' motion as to the plaintiff's Monell claim and **ORDERS** that the plaintiff's Monell claim is **DISMISSED**.

The court **DENIES** the defendants' motion as to the plaintiff's excessive force and denial-of-medical-care claims.

Dated in Milwaukee, Wisconsin this 15th day of September, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**