**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

ESTATE OF RANDY ASHLAND,

Plaintiff,

Case No. 2:20-cv-01640-PP

vs.

CITY OF WAUKESHA ET AL.,

Defendants.

---

**JOINT STATUS REPORT**

---

Following the Court's ruling on summary judgment, it ordered the parties to submit a joint status report by October 12, 2026. ECF No. 72 at 1. Plaintiff Estate of Randy Ashland and Defendants City of Waukesha, Ian DeKarske, Servando Benitez, and Ryan Solberg report as follows:

1. Qualified Immunity – Defendants DeKarske, Benitez, and Solberg intend to appeal from this Court's decision denying their motion for summary judgment on qualified immunity grounds.

2. Trial Length - Because the Court granted summary judgment against Ashland's *Monell* claim, the Court ordered the parties to submit a revised estimate of trial length. The parties respectfully submit that the Court should wait to set a trial date until the individual defendants' appeal is concluded. The parties further agree that, should this case return to this Court for further proceedings following the individual defendants' appeal, the case will likely take around 8-10 days to try. There are a large number of percipient witnesses. And Plaintiff has many damages witnesses as well.

Dated: October 12, 2026 Respectfully submitted,

/s/ *Alison R. Leff*

Alison R. Leff
Thomas R. Kayes
Loevy + Loevy
311 N Aberdeen St, Fl 3
Chicago, IL 60607
(312) 243-5900
alison@loevy.com
kayes@loevy.com

*Attorneys for Plaintiff*

/s/ *Andrew A. Jones*

Andrew A. Jones
Hansen Reynolds LLC
301 N. Broadway, Ste 400
Milwaukee, WI 53202
(414) 326-4952
ajones@hansenreynolds.com

*Attorneys for Defendants*