**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

ESTATE OF RANDY ASHLAND,

Plaintiff,

v. Case No. 20-cv-1640-pp

CITY OF WAUKESHA, *et al.*,

Defendants.

---

**NOTICE OF APPEAL**

---

Defendants Ian DeKarske, Ryan Solberg, and Servando Benitez hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order entered by this Court on September 15, 2026 (ECF 72), which memorialized this Court's oral ruling of the same date denying said defendants' motion for summary judgment on the basis of qualified immunity.

Dated at Milwaukee, Wisconsin this 13th day of October, 2026.

**HANSEN REYNOLDS LLC**

s/ Andrew A. Jones
Andrew A. Jones (Counsel of Record)
John W. McCauley
James F. Cirincione
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com
jmccauley@hansenreynolds.com
jcirincione@hansenreynolds.com

*Counsel for Defendants*